GUARANTY TRUST COMPANY OF NEW YORK, as Sole Executor, etc., of CLINTON ELLIOTT, Deceased, and Others, Appellants-Respondents, v. HENRY WINEBURGH, Respondent-Appellant.— Order denying plaintiffs' motion for summary judgment, granting defendant's cross-motion for summary judgment dismissing the first cause of action and denying defendant's cross-motion for summary judgment dismissing the second cause of action, and the judgment entered thereon, unanimously

affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.